Filed: 1/3/2024 11:49 AM
Clerk
Adams County, Indiana

STATE OF INDIANA )
)SS
COUNTY OF ADAMS )

IN THE ADAMS SUPERIOR COURT

CAUSE NO.: 01D01-2401-CT-000001

DOUG HEYNE,

Plaintiff,

v.

WAL-MART STORES EAST, LP, D/B/A WALMART SUPERCENTER,

Defendant

## COMPLAINT FOR DAMAGES

Plaintiff, Doug Heyne, by counsel, Glaser & Ebbs, LLC, for his Complaint against Defendant, Wal-Mart Stores East, LP, Walmart Supercenter, states as follows:

### NATURE OF ACTION

1. This is a premises liability action for personal injuries suffered by Plaintiff Doug Heyne ("Plaintiff") against Defendant Wal-Mart Stores East, LP d/b/a WalMart Supercenter ("Defendant WalMart"). This action arises of out Defendant's breach of their highest duty of care.

### THE PARTIES

2. At all times relevant to this action, Doug Heyne is and was a resident of Adams County, State of Indiana.

3. At all times relevant to this action, upon information and belief, Defendant WalMart is and was a company licensed and doing business in the State of Indiana on June 6, 2022, in Adams County, State of Indiana.

## JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in the County of Adams State of Indiana.

## FACTUAL BACKGROUND

5. Plaintiff hereby alleges and incorporates by reference the allegations in paragraphs one (1) through four (4) as and for paragraph 5 as if fully set forth herein.

6. On or about June 6., 2022 Plaintiff was on the premises of a business owned and/or operated by the Defendant, in Adams County, State of Indiana, located at 1700 S. 13th Street, Decatur, Indiana, 46733.

7. On or about June 6, 2022, Plaintiff was walking on the premises owned and/or operated by the Defendant, he slipped and fell on a piece of metal stripping on the floor.

## NEGLIGENCE

8. Plaintiff hereby realleges and incorporates by reference the allegations in paragraphs one (1) through seven (7) as and for paragraph 8 as if fully set forth herein.

9. Plaintiff's fall was a direct and proximate result of the negligence of Defendant such negligence including but not limited to failing to remove metal debris from the premises and failing to maintain the premises in a reasonably safe condition.

10. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant WalMart, which consisted *inter alia* of the following particulars:

a) Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, a safe walking area, free from hazards which were recognized or should have been recognized by Defendant as causing or likely to cause the serious physical harm to the Plaintiff and others;

b) Failing to maintain the above common area/aisle in a safe condition to ensure that the Plaintiff would not be caused to slip and fall as a result of the metal debris which existed and which were known and should have been known to the Defendant;

c) Failing to properly inspect the common area/aisle wherein the Plaintiff was caused to fall as a result of not removing the metal debris;

d) Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

e) Failing otherwise to comply with the applicable laws and regulations of the State of Indiana;

f) Otherwise failing to exercise the degree of care required under the circumstances; and

g) Otherwise being negligent.

**WHEREFORE,** Plaintiff pray that the Court enter judgment in his favor and against Defendant in an amount commensurate with his damages, and for any further and additional relief as this Court deems just and proper.

Respectfully submitted,
GLASER & EBBS, LLC

*/s/ Michael A. Busching*
Michael A. Busching #21563-29
132 East Berry ST
Fort Wayne, IN 46802
mbusching@glaserebbsfw.com
P (260) 424-0954
F (260) 424-6529
ATTORNEYS FOR PLAINTIFF